**Order filed September 26, 2017**



In The

# Fourteenth Court of Appeals

—————————

## NO. 14-17-00683-CV

—————————

**DARLA RUTH HAIGH, J.C. HAIGH AND /OR ALL OCCUPANTS OF 5407 RAINTREE DRIVE, MISSOURI CITY TEXAS 77459-6215, Appellants**

**V.**

**CITIBANK N.A., AS TRUSTEE, IN TRUST FOR REGISTERED HOLDERS OF WAMU ASSET-BACKED CERTIFICATES WAMU SERIES 2007-HE2 TRUST, ITS SUCCESSORS AND/OR ASSIGNS, Appellee**

**On Appeal from the County Court at Law No. 5
Fort Bend County, Texas
Trial Court Cause No. 17-CCV-059787**

## O R D E R

This is an appeal from a judgment signed July 13, 2017. The notice of appeal was due August 14, 2017. *See* Tex. R. App. P. 26.1. Appellants, however, filed their notice of appeal on August 17, 2017, a date within 15 days of the due date for the notice of appeal. A motion for extension of time is necessarily implied when the

perfecting instrument is filed within 15 days of its due date. *Verburgt v. Dorner,* 959 S.W.2d 615, 617 (Tex. 1997). Appellants did not file a motion to extend time to file the notice of appeal. While an extension may be implied, appellants are still obligated to come forward with a reasonable explanation to support the late filing. *See Miller v. Greenpark Surgery Center Assocs., Ltd.*, 974 S.W.2d 805, 808 (Tex. App.—Houston [14th Dist.] 1998, no pet.).

Accordingly, we **ORDER** appellants to file a proper motion to extend time to file the notice of appeal by **October 6, 2017**. *See* Tex. R. App. P. 26.3;10.5(b). If appellants do not comply with this order, we will dismiss the appeal. *See* Tex. R. App. P. 42.3.

PER CURIAM